UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA DOUGLAS HENDERSON,

    Plaintiff,

v.                                         CASE NO. 8:26-cv-170-JLB-CPT

OFFICER WILLIAMS, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

Plaintiff, a Florida prisoner, initiated this action *pro se* by filing a civil rights complaint (Doc. 1) in which he alleges that Defendants retaliated against him for filing grievances and used excessive force on him. The Court construes Plaintiff's failure to pay the filing fee as a request to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Section 1915(g) provides:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff's prior actions dismissed as either frivolous, malicious, or for failing to state a claim upon which relief may be granted include: (1) 6:24-cv-1220-PGB-LHP, Doc. 4 (M.D. Fla.); (2) 8:25-cv-2238-SDM-TGW, Doc. 3 (M.D. Fla.); (3) 8:23-cv-831-WFJ-SPF, Doc. 5 (M.D. Fla.); (4) 6:24-cv-1681-JSS-RMN, Doc. 13 (M.D. Fla.); and (5) Eleventh Circuit Court of Appeals, Case No. 25-10432 (dismissing appeal as frivolous). Because Plaintiff has had at least three prior dismissals that qualify under Section 1915(g) and alleges no facts showing he is in imminent danger of serious physical injury, he may not proceed *in forma pauperis*. Plaintiff may initiate a new civil rights case by filing a civil rights complaint and paying the full filing fee.

Accordingly, it is ORDERED that:

1. The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint in a new case with a new case number upon paying the filing fee.

2. The Clerk is **DIRECTED** to close the case.

DONE and ORDERED in Tampa, Florida, on January 26, 2026.

*signature*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE